FORM AO-256
REV. 1-82

CRIMINAL DOCKET · U.S. District Court | U.S. | N/A 12-16-87 F.Smith | Case Filed 86-996-CIV5
| | (LAST FIRST MIDDLE) # | Mo | Day | Yr | Docket No | Def.
PO ☐ 417 - 5 - 1706 Assigned | ☐ WRIT | VS | THOMAS, Angela Inez 87-7416 | 05 | 20 | 86 | 00029 | 01
Misd ☐ | Dkt Sentence 1706 | ☐ JUVENILE | • | | | | | |
Felony ☒ | District | Off | Judge/Magistr | ☐ ALIAS | | * No of Def's 1 | U.S MAG CASE NO ▶ | | |
| | | | OFFENSE ON INDEX CARD▶ | | | | | |

## I. CHARGES

| U.S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM ING | GUILTY NOLO |
|---|---|---|---|---|
| 18:656 | theft & misapplication of bank funds by employee (Ct. 1) | 1 | X | |
| 18:656 | theft & misapplication of bank funds by employee (Ct. 2) | 1 | X | |
| | (CRIMINAL INFORMATION) | | | |
| 18:656 | theft & misapplication of bank funds by employee | 1 | | X |

SUPERSEDING COUNTS ▬▬▲ ☐ JURY ☒ N J

## II. KEY DATE

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

KEY DATE: **5-28-86**
☐ arrest
☒ sum'ns
☐ custody
☐ appears on complaint
EARLIEST OF

KEY DATE: **5/20/86**
☒ Indictment filed/unsealed
☐ consent to Magr trial on complaint
☐ Information
☐ Felony W waiver
APPLICABLE

KEY DATE: **6-17-86**
☒ 1st appears on pending charge /R40
☐ Receive file R20/21
☐ Supsdg: ☐ Ind ☐ Inf
☐ Order New trial
LATEST OF

KEY DATE: **7-28-86**
☐ Dismissal
☒ Plea guilty
☐ No o
☐ Trial (voir dire) began
APPLICABLE
After N C
After nolo

1st appears with or waives counsel **6/17/86**
ARRAIGNMENT **6/17/86**
1st Trial Ended
RE TRIAL
2nd Trial Began
DISPOSITION DATE
SENTENCE DATE
☐ PTO Nolle Pros ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP
FINAL CHARGES DISMISSED
on def motion on gov motion

## III. MAGISTRATE

| | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| COMPLAINT ▶ | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

*Show last names and suffix numbers of other defendants on same indictment/information

RULE ☐ 20 ☐ 21 ☐ 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U S. Attorney or Asst.

Defense 1 ☐ CJA, 2 ☒ Ret. 3 ☐ Waived 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD 7 ☐ CD

4710 Leaf Crest Court
Raleigh, N. C. 27604

Ralph L. Stephens
Suite 200, 205 Fay. St. Mall
P.O. Box 1730
Ral. NC. 27602
833-1931

(70 days up. 8/26/86)

BAIL • RELEASE
PRE INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive
☐ Pers Rec
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

POST- INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set **6/17/86**
☐ Bail Not Made
Date Bond Made **6/17/86**
☐ Fugitive
☒ Pers Rec
☐ PSA
Conditions
☐ 10% Dep
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

FINE AND RESTITUTION PAYMENTS
| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Y 86 | Docket No. 00029 | Deft 01 | X MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|

V. PROCEEDINGS

| | | |
|---|---|---|
| 5/20/86 | 1 | INDICTMENT, filed |
| 5/21/86 | 2 | REQUESTS FOR ISSUANCE OF SUMMONS - orig. & 1 U. S. Marshal |
| 5/21/86 | 3 | SUMMONS - issued - orig. & 1 U. S. Marshal |
| 6-2-86 | | ISSUED NOTICE — set for arrgn. on 6/17/86 at 10:30 A.M. in Raleigh before U.S. Magistrate. 1c: U.S. Atty |
| 6-17-86 | | ARRAIGNMENT deft. w/counsel advised of all rts., charges and penalties. Plea of **GUILTY** ent. on all cts., taken under advisement. |
| 7-15-86 | | NOTICES set for jury trial on Monday July 28, 1986 at 9 A.M. Before Judge Britt. 1c: U.S. Atty and Counsel of record, Ralph Stevens  sm |
| 7/24/86 | 4 | RETURN ON SUMMONS IN A CRIMINAL CASE - service made on deft., on 5/28/86 at U.S. Courthouse, Raleigh, N.C., by Scott A. Markby  sm |
| 7-28-86 | 5 | Raleigh - CR: Donna Tomawski<br>CHANGE OF PLEA<br>Criminal Information with Waiver of Indictment<br>Arraigned - Guilty<br>    Deft. sworn - Deft. competent<br>    Rule 11 conducted<br>    Memorandum of plea agreement<br>    Plea of guilty to criminal information<br>    Order of dismissal on original Indictment<br>    Court satisfied with plea<br>    Factual basis exists<br>    Bond: same (PR)<br>    Sent: Sept. 8, 1986 in Fayetteville, N.C.<br>**ADDED CONDITION OF BOND:** Deft. to report to Prob. office once a week either in person or by telephone. |
| 8-21-86 | | ISSUED NOTICE TO APPEAR case set for SENTENCING on Monday, Sept. 8, 1986 at 9:00 a.m. in Fayetteville, N.C. before Judge Britt - 1c: U.S. Atty. 1c: Counsel of Record |
| 8-29-86 | | MEMO to counsel of record and Court Personnel in cases set for sentencing before Judge Britt in Fayetteville, North Carolina. Counsel need not be present before the time listed. Counsel are advised that no oral testimony with regard to character evidence will be received. Letters, affidavits, or other written communications should be furnished to the court prior to the date of sentencing. Objections to the pre-sent. report shall be made in writing and turned over to the Prob. Officer at least (3) working days before the sent. is scheduled to begin. Sent. scheduled before Judge Britt in Fayetteville, at 2:00 p.m. on 9-9-86. |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs

THOMAS, Angela Inez

AO 256A

| | | |
|---|---|---|
| 86 | 00029 | 01 |
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |

| DATE | | PROCEEDINGS |
|---|---|---|
| 9-9-86 | 6 | **FAYETTEVILLE   -   JUDGE BRITT   -   DONNA TOMAWSKI** - Ct. Reporter<br>JUDGMENT AND PROBATION/COMMITMENT ORDER<br>(original Indictment dismissed)<br>Criminal Information -<br>5 yrs.<br>Deft. is to pay restitution in the amt. of<br>$12,234.35 to Cameron Brown Corporation the<br>victim of her crime, said sum to be paid w/n<br>not less than 5 yrs. following her release from<br>imprisonment.<br>Deft. is to pay a special assessment in the amt.<br>of $50.00<br>Deft. is allowed to go under existing bond and<br>report at own expense to institution designated<br>by the U.S. Bureau of Prisons at 12 noon on the<br>date designated by the U.S. Marshals Office.<br>(Britt, J) Cr. OB#34, P. 12. cys. distr.<br>(ent. 10/7/86) |
| 9-9-86 | 7 | **ORDER TO SURRENDER** - cys. distr. |
| 10-20-86 | | **Marshals Return** - Judgment and Commitment-Deft. surrendered on<br>Oct. 3, 1986 to FCI, Lexington, Kentucky. |
| 12-15-86 | 8 | **MOTION** FOR REDUCTION OF SENTENCE IN LETTER FORM<br>from the deft. at Lexington, Ky. 1c Judge Britt<br>1c U.S. Atty. |
| 1-31-87 | 9 | **ORDER** Defts motion for modification or reduction of<br>sentence is **DENIED.** (J. Britt) O.B.#34, P. 143.<br>cys: counsel, AUSA.       Ent. 1-13-87    jh |
| 10-9-87 | 10 | MOTION UNDER 28 U.S.C., § 2255 TO VACATE SET ASIDE,OR<br>CORRECT SENTENCE BY A PERSON IN FEDERAL<br>CUSTODY - 1c Judge Britt  on 10-14-87            11/30/87 |
| | 11 | MEMORANDUM, OF LAW - 1c Judge Britt on 10-14-87 |
| | 12 | MOTION FOR FINDINGS OF FACT PRUSUANT TO FRCrP 32 AND<br>MODIFICATION OF SENTENCE PURSUANT TO 28<br>U.S. Code 2255 - 1c Judge Britt 10-14-87    ms |
| 10/20/87 | 13 | MOTION FOR LEAVE TO APPEAR AS COUNSEL PRO HOC VICE<br>by deft.<br>1c: Judge Britt |
| 10-20-87 | | PER JUDGE BRITT - served the U.S. Attorney with the Motion<br>under 28 U.S.C. §2255, Memorandum of law and<br>motion for findings of fact pursuant to FRCrP<br>32 - response date up Nov. 12, 1987 - Letter<br>mailed to U.S. Atty. and 1c: deft.           jp |
| 11/12/87 | 14 | **RESPONSE TO MOTION** - response to motion filed 10/9/87.<br>w/cs. 1c: Judge Britt |
| 11/20/87 | | Memo From Ruby Freeman stating Judge Britt wanted<br>a Transcript of sentencing hearing<br>Note placed in Donna Tomawski's box in civil section and<br>note mailed to Donna Tomawski's home - advising Judge<br>Britt wants transcript of sentencing hearing. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|------|-------------------------|-----|-----|-----|-----|
|      | (Document No.)          | (a) | (b) | (c) | (d) |
| 11-19-87 | **TRANSCRIPT** SENTENCING AT FAYETTEVILLE 9-9-87 Before The Honorable W. Earl Britt Court Reporter: Donna J. Tomawski    jh | | | | |
| 11-24-87 | (Judge Britt has the above transcript dated 11-19-87)  jh | | | | |
| 11-30-87 | **ORDER** - in event a copy of court's written report was not appended to copy of pre-sen. report provided to Bureau of Prisons and Parole Commission, the court hereby orders that the same now be provided. The motion by petitioner under 28:2255 to set aside her sentence is denied. (Britt, J) CR. OB#35, P. 241.  lc: USA, USPO Angela Thomas, Robert E. owens, Bureau of Prisons w/attached Probation Comment and Deft's Comments and Parole Commission w/attached Probation and Deft. Comments. (ent. 12/1/87 ) | | | | |
| 12-7-87 | **PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION** - lc: Judge Britt    jp | | | | |
| 12-17-87 | PETITIONER'S REPLY TO GOVERNMENT'S RESPNSE TO MOTION w/cs U.S. Atty., lc Judge Britt    ms | | | | |
| 12/16/87 | **NOTICE OF APPEAL** - by plaintiff.    sbw | | | | |
| 12/22/87 | **MAILED NOTICE OF APPEAL TO 4th CIRCUIT COURT OF APPEALS** - Index, trans. ltr., cert. copy of order appealed from and cert copy of appeal. Copies to U.S. Attorney. Copy of appeal to Judge Britt. 4th Circuit packet to plaintiff w/IFP forms.    sbw | | | | |
| 2/02/88 | Transcript Order Returned - Counsel states "No transcript is necessary."    sbw | | | | |
| 2/03/88 | MAILED RECORD OF APPEAL TO THE 4TH CIRCUIT - consisting of pleadings, Volume I; trans. ltr., and Index.    sbw | | | | |
| 9-26-88 | UNPUBLISHED OPINION - Because she has not demonstrated any prejudice as a result of her attorney's representation, her sentence cannot be set aside on allegation of ineffective assistance of counsel. **Affirmed** JUDGEMENT OF THE 4TH CIRCUIT _ it is now here ordered and adjudged by this court that the judgment of the said District Court appealed from in thisa cause, be, and the same is hereby affirmed. **RECEIVED FILE FROM 4TH CIRCUIT COURT OF APPEALS** | | | | |